IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RONALD S. FEDERICI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:10-cv-01418 |
| ) | |
| MONICA PIGNOTTI, et al. ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER

THIS MATTER is before the Court on Defendants' Motions to Dismiss. (Dkt. Nos. 2 & 8.) For the reasons stated in open court on March 4, 2011, and pursuant to Federal Rules of Civil Procedure Rule 60(a), it is hereby

ORDERED that Defendants Monica Pignotti, Jean Mercer, Charly Miller, Larry Sarner, Advocates for Children in Therapy, and Linda Rosa's Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) is GRANTED. It is further

ORDERED that Pignotti and Mercer's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 28th day of March 2011.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge