IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RONALD S. FEDERICI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:10-cv-01418 |
| | ) | |
| MONICA PIGNOTTI, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court sua *sponte*. Because Defendants John Does 1-10 have not been served within the 120 days after the Complaint was filed, it is hereby

ORDERED that Plaintiff Ronald Federici show cause as to why this civil action against John Does 1-10 should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) with a written response within 20 days.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 11th day of May 2011.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge