IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RONALD S. FEDERICI, | ) |
| Plaintiff, | ) CIVIL ACTION NO.: 1:10-cv-01418 |
| vs. | ) |
| MONICA PIGNOTTI, et al., | ) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

This matter came before the Court on Plaintiff Ronald S. Federici's Motion to Dismiss Without Prejudice, and upon consideration of the filed materials, with good cause being shown, it is hereby:

ORDERED that Plaintiff Ronald S. Federici's Motion to Dismiss is GRANTED, and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE as to the remaining defendants.

/s/
Gerald Bruce Lee
United States District Judge

Judge, United State District Court for the
Eastern District of Virginia

Date: _June_, 2011